UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DUSTIN MATTHEWS, | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HERC RENTALS, INC., , | ) | 7:21-CV-89-BO |
| Defendant. | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for sanctions under Rule 37(e) due to spoliation of evidence [DE 43] is DENIED, defendant's motion for summary judgment [DE 50] is GRANTED, defendant's motion for leave to manually file Exhibit 12 [DE 53] is GRANTED, and plaintiff's objection to evidence [DE 57] is overruled and the motion is denied.

This case is closed.

**This judgment filed and entered on November 27, 2023, and served on:**
Nicole Haynes (via CM/ECF NEF)
Michelle Gessner (via CM/ECF NEF)
Haseeb Fatmi (via CM/ECF NEF)
John Thomas (via CM/ECF NEF)

November 27, 2023

                                        PETER A. MOORE, JR., CLERK

                                        /s/ Lindsay Stouch
                                        By: Deputy Clerk